STATE OF SOUTH CAROLINA ) IN THE COURT OF COMMON PLEAS
COUNTY OF )
)
Deena L. & Scott Bettencourt, ) CIVIL ACTION COVERSHEET
Plaintiff(s) )
) 2010-CP-23-2204
vs. )
)
Mary R. Ward, )
Defendants(s) )

(Please Print)

Submitted By: Robert C. Childs, III

Address: 2100 Poinsett Hwy, Suite D

Greenville, SC 29609

SC Bar #: 1218

Telephone #: 864-242-9997

Fax #: 864-242-9914

Other:

E-mail: Robert@SCLawHelp.com

NOTE: The cover sheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing. It must be filled out completely, signed, and dated. A copy of this cover sheet must be served on the defendant(s) along with the Summons and Complaint.

DOCKETING INFORMATION (Check all that apply)
*If Action is Judgment/Settlement do not complete

☒ JURY TRIAL demanded in complaint    ☐ NON-JURY TRIAL demanded in complaint
☐ This case is subject to ARBITRATION pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☒ This case is subject to MEDIATION pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is exempt from ADR. (Proof of ADR/Exemption Attached)

NATURE OF ACTION (Check One Boxes Below)

**Contracts**
- ☐ Constructions (100)
- ☐ Debt Collection (110)
- ☐ Employment (120)
- ☐ General (130)
- ☐ Breach of Contract (140)
- ☐ Other (199)

**Torts – Professional Malpractice**
- ☐ Dental Malpractice (200)
- ☐ Legal Malpractice (210)
- ☐ Medical Malpractice (220)
- ☐ Notice/File Med Mal (230)
- ☐ Other (299)

**Torts – Personal Injury**
- ☐ Assault/Slander/Libel (300)
- ☐ Conversion (310)
- ☒ Motor Vehicle Accident (320)
- ☐ Premises Liability (330)
- ☐ Products Liability (340)
- ☐ Personal Injury (350)
- ☐ Wrongful Death (360)
- ☐ Other (399)

**Real Property**
- ☐ Claim & Delivery (400)
- ☐ Condemnation (410)
- ☐ Foreclosure (420)
- ☐ Mechanic's Lien (430)
- ☐ Partition (440)
- ☐ Possession (450)
- ☐ Building Code Violation (460)
- ☐ Other (499)

**Inmate Petitions**
- ☐ PCR (500)
- ☐ Mandamus (520)
- ☐ Habeas Corpus (530)
- ☐ Other (599)

**Judgments/Settlements**
- ☐ Death Settlement (700)
- ☐ Foreign Judgment (710)
- ☐ Magistrate's Judgment (720)
- ☐ Minor Settlement (730)
- ☐ Transcript Judgment (740)
- ☐ Lis Pendens (750)
- ☐ Other (799)

**Administrative Law/Relief**
- ☐ Reinstate Driver's License (800)
- ☐ Judicial Review (810)
- ☐ Relief (820)
- ☐ Permanent Injunction (830)
- ☐ Forfeiture-Petition (840)
- ☐ Forfeiture-Consent Order (850)
- ☐ Other (899)

**Appeals**
- ☐ Arbitration (900)
- ☐ Magistrate-Civil (910)
- ☐ Magistrate-Criminal (920)
- ☐ Municipal (930)
- ☐ Probate Court (940)
- ☐ SCDOT (950)
- ☐ Worker's Comp (960)
- ☐ Zoning Board (970)
- ☐ Administrative Law Judge (980)
- ☐ Public Service Commission (990)
- ☐ Employment Security Com (991)
- ☐ Other (999)

**Special/ Complex /Other**
- ☐ Environmental (600)
- ☐ Automobile Arb. (610)
- ☐ Medical (620)
- ☐ Other (699)
- ☐ Pharmaceuticals (630)
- ☐ Unfair Trade Practices (640)
- ☐ Out-of-State Depositions (650)
- ☐ Sexual Predator (510)

Submitting Party Signature: _____    Date: 3-11-10

Note: Frivolous civil proceedings may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann § 15-36-10 et. seq.

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA, | ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF GREENVILLE | ) ) | |
| DEENA L. BETTENCOURT AND SCOTT BETTENCOURT | ) ) | SUMMONS |
| Plaintiff, | ) ) | |
| vs. | ) ) | FILE NO. 2010-CP-23-2204 |
| MARY R. WARD | ) ) | |
| Defendant. | ) | |

TO THE DEFENDANT ABOVE-NAMED:

YOU ARE HEREBY SUMMONED and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

GREENVILLE, South Carolina

Dated: April 12, 2010

_____
Plaintiff/Attorney for Plaintiff

Address:   306A MILLS AVE., GREENVILLE SC 29605

SCCA 401 (5/02)

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | THIRTEENTH JUDICIAL CIRCUIT |
| COUNTY OF GREENVILLE ) | |
| Deena L. & Scott Bettencourt, ) | C. A. No.:   2010-CP-23- |
| Plaintiff, ) | |
| ) | |
| v. ) | **COMPLAINT** |
| ) | **(Jury Trial Requested)** |
| Mary R. Ward, ) | |
| Defendant. ) | |

The Plaintiffs, complaining of the Defendant above named, would respectfully show unto the Court as follows:

1. Plaintiffs are citizens and residents of the County of Greenville, State of South Carolina.

2. Plaintiffs are wife and husband, having been married on the ____ day of _____, 19___.

3. Upon information and believe, Defendant is a citizen and resident of the County of Greenville, State of South Carolina and on September 4, 2008 was the owner of a 1996 with vehicle identification number N4FT7856TL288071.

4. On September 4, 2008, Plaintiff Deena L. Bettencourt was operating a leased 2009 Toyota with vehicle identification number JTEGW21A170021994 in a northerly direction on Augusta Street in the County of Greenville at proximately 2:15 p.m. in the afternoon.

5. At approximately the same time, the Defendant was traveling in the same direction on Augusta Street, following Plaintiff Deena L. Bettencourt in the same lane of travel as Plaintiff Deena L. Bettencourt.

6. As Plaintiff Deena L. Bettencourt approached the intersection of Augusta Place Street, she stopped to turn left onto Augusta Place Street and the Defendant violently struck

Plaintiff Deena L. Bettencourt's vehicle, knocking Plaintiff Deena L. Bettencourt's vehicle across the intersection and into oncoming traffic.

7. As a direct and proximate result thereof, Plaintiff Deena L. Bettencourt was violently thrown about the vehicle causing injuries to her person and psyche, which has and will continue to cause her to incur medical and medical related expenses, physical impairment, a loss of earnings and earning capacity, and to suffer great mental pain, anguish, and suffering.

8. Plaintiffs also suffered depreciation of their leased vehicle and costs for towing and repair of the vehicle.

9. As a further direct and proximate result thereof, Plaintiff Scott Bettencourt has and will suffer the loss of the care, comfort, companionship, and assistance of his wife.

10. Defendant was willful, wanton, reckless, careless, negligent, and/or grossly negligent in the following and other particulars to wit:

   a. following Plaintiff's vehicle too closely;

   b. driving too fast for conditions;

   c. driving in excess of the speed limit;

   d. failing to keep a proper lookout;

   e. failing to properly slow her vehicle;

   f. driving while distracted; and

   g. failing to do such other an further things as a reasonably prudent person would have done under the circumstances than and there existing.

11. Said acts being in violation of the statutory and common laws of the State of South Carolina.

12. As a direct and proximate result thereof, Plaintiffs suffered the damaged alleged herein.

13. Plaintiffs are informed and believe that they are entitled to judgment against Defendant for actual and punitive damages in an amount to be determined by a jury.

WHEREFORE, having fully plead, Plaintiffs pray for the following:

1. A jury trial on all issues to triable.

2. For judgment against Defendant for actual and punitive damages in an amount to be determined by a jury.

3. For such other and further relief as the court deems just and proper.

                                                                                     _____
                                                                                     Robert C. Childs, III, #1218
                                                                                     Attorney for Plaintiffs
                                                                                     2100 Poinsett Hwy, Suite E
                                                                                     Greenville, SC 29609
                                                                                     (864) 242-9997
                                                                                     Fax (864) 242-9914

Greenville, South Carolina
Date: _____

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 6/1/2009 6/2/2008

**PRODUCER**
Lockton Companies, LLC-I Atlanta
3280 Peachtree Road NE, Suite 800
Atlanta 30305
(404) 460-3600

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURED**
1060386  One World Technologies, Inc./
Ryobi Technologies, Inc.
1428 Pearman Dairy Road
Anderson SC 29622

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: National Union Fire Ins Co Pittsburgh PA | 19445 |
| INSURER B: American Home Assurance Company | 19380 |
| INSURER C: American International Group | 0 |
| INSURER D: | |
| INSURER E: | |

**COVERAGES**   TECIN05   E9

THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | **GENERAL LIABILITY** [X] COMMERCIAL GENERAL LIABILITY  CLAIMS MADE [X] OCCUR | GL 7219103 | 6/1/2008 | 6/1/2009 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $ 500,000 |
| | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | PERSONAL & ADV INJURY | $ 2,000,000 |
| | | | | | | GENERAL AGGREGATE | $ 7,500,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PROJECT [ ] LOC | | | | PRODUCTS - COMP/OP AGG | $ 7,500,000 |
| A | | **AUTOMOBILE LIABILITY** [X] ANY AUTO  [ ] ALL OWNED AUTOS  [ ] SCHEDULED AUTOS  [X] HIRED AUTOS  [X] NON-OWNED AUTOS | CA 9804302 | 6/1/2008 | 6/1/2009 | COMBINED SINGLE LIMIT (Ea accident) | $ 2,000,000 |
| | | | | | | BODILY INJURY (Per person) | $ XXXXXXX |
| | | | | | | BODILY INJURY (Per accident) | $ XXXXXXX |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ XXXXXXX |
| | | **GARAGE LIABILITY** [ ] ANY AUTO | NOT APPLICABLE | | | AUTO ONLY - EA ACCIDENT | $ XXXXXXX |
| | | | | | | OTHER THAN   EA ACC AUTO ONLY:   AGG | $ XXXXXXX $ XXXXXXX |
| B | | **EXCESS/UMBRELLA LIABILITY** [X] OCCUR  [ ] CLAIMS MADE  [ ] DEDUCTIBLE [X] UMBRELLA FORM  RETENTION $ | 65751 9003 | 6/1/2008 | 6/1/2009 | EACH OCCURRENCE | $ 5,000,000 |
| | | | | | | AGGREGATE | $ 5,000,000 |
| | | | | | | | $ XXXXXXX |
| | | | | | | | $ XXXXXXX |
| | | | | | | | $ XXXXXXX |
| A | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below    No | WC972 7343 | 6/1/2008 | 6/1/2009 | [X] WC STATU- TORY LIMITS  [ ] OTH- ER | |
| | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| C | | **OTHER** Property "Special Form" Replacement Cost | TBD | 6/1/2008 | 6/1/2009 | Limits: Blanket - $300,000,000 Per Occurrence Deductible: $250,000 | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**
"CLIENT IS SELF-INSURED FOR PHYSICAL DAMAGE" CERTIFICATE HOLDER IS INCLUDED AS ADDITIONAL INSURED AND LOSS PAYEE IN REFERENCE TO THE ATTACHED VEHICLE SCHEDULE.

**CERTIFICATE HOLDER**
1921490
LEASEPLAN USA
1165 SANCTUARY PKWY
ALPHARETTA GA 30004

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE  _[signature]_

ACORD 25 (2001/08)   For questions regarding this certificate, contact the number listed in the 'Producer' section above and specify the client code 'TECIN05'.   © ACORD CORPORATION 1988